**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY SYKES, | No. 1:23-cv-01738 KES FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| GAVIN NEWSOM, *et al.*, | |
| Defendants. | Doc. 13 |

Plaintiff Troy Sykes, a state prisoner, asserts that he has suffered violations of his Eighth Amendment rights while incarcerated at Avenal State Prison. Sykes seeks to state claims against Gavin Newsom, Governor of California; Jeff Macomber[1], Secretary of the California Department of Corrections and Rehabilitation; and Martin Gamboa, Warden of Avenal State Prison. *See generally* Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge screened the complaint and found Sykes failed to state a cognizable claim against the named defendants. Doc. 11 at 2-6. The magistrate judge directed Sykes to file an amended complaint to cure the pleading deficiencies and warned Sykes that failure to comply would result in a recommendation of dismissal with prejudice. *Id.* at 7. After Sykes failed to respond to the Screening Order in any manner, the magistrate judge issued findings and

---

[1] The complaint erroneously identifies the Secretary as "Scott Macomber." *See* Doc. 1.

1

recommendations reiterating the findings of the Screening Order and recommending dismissal for failure to state a claim, failure to prosecute, and failure to obey the Court's order.  Doc. 13 at 2-8. On March 9, 2026, the Court served the findings and recommendations on Sykes and notified him that any objections were due within 14 days.  *Id.* at 8.  The Court also advised that failure to file objections may result in the waiver of rights on appeal.  *Id.* at 9 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  Sykes did not file objections, and time to do so has passed.

In accordance with 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.  The Court **ORDERS**:

1.    The findings and recommendations issued on March 9, 2026 (Doc. 13), are **ADOPTED** in full.

2.    This action is **DISMISSED** with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 22, 2026

_____
UNITED STATES DISTRICT JUDGE

2